**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

CHRISTOPHER DORCH,

       Plaintiff,

v.                                   Case No. 2:09-cv-13936

RITA CRITTENDEN and
MICHAEL A. NOWAK,

       Defendants.

_____/

**ORDER GRANTING DEFENDANTS' "MOTION TO TAKE DEPOSITION FROM
PRISONER/PLAINTIFF CHRISTOPHER DORCH"**

On December 9, 2011, Defendants Rita Crittenden and Michael Nowak filed a

motion to depose Plaintiff Christopher Dorch, who is currently incarcerated in the

Kinross Correctional Facility in Kincheloe, Michigan.  During a telephone conference

conducted on the record on December 21, 2011, Plaintiff indicated that he did not

oppose Defendants' motion.  The court proceeded to grant the motion, on the record,

under Federal Rule of Civil Procedure 30(a)(2)(B).  Accordingly,

IT IS ORDERED that Defendants' "Motion to Take Deposition from

Prisoner/Plaintiff Christopher Dorch" [Dkt. # 37] is GRANTED.

                                   s/Robert H. Cleland_____
                                   ROBERT H. CLELAND
                                   UNITED STATES DISTRICT JUDGE

Dated:  December 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 23, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522